UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2011 SEP -1 P 6: 39

SAPHYRE REDFORD, aka CRYSTAL BITON,
DANIELLE BITON, and Charlene Michelle Biton, Plaintiffs,

Civil Action No. 11-5130
(CSRC)

-vs-

MORGAN MELHUISH ABRUTYN, Ed Dweck,
KATHLEEN CARLA ALEXANDER, AMEENA MEER etal,
Defendants.

x

COMPLAINT

PARTIES

Plaintiffs: SAPHYRE REDFORD, aka Crystal Biton, PO Box 304, NY, NY 10013
Charlene & Danielle Biton: 19707 NE 36th court ## Apt 17L, Aventura, FL 33180

Defendants :

1) MORGAN MELHUISH ABRUTYN, 651 West Mount Pleasant Avenue, Suite
200, Livingston, NJ 07039-1673, (973) 994-2500

2) Anthony D. Grande, esq., MORGAN MELHUISH ABRUTYN, 651 West Mount
Pleasant Avenue, Suite 200, Livingston, NJ 07039-1673

3) Langholtz, esq., Morgan Melhuish Abrutyn, 651 West Mount Pleasant
Avenue, Suite 200, Livingston, NJ 07039-1673

4) MERCEDES BENZ

5) Ed Dweck & Dweck family

6) Ed Dweck - 19707 NE 36th court Apt 17L, Aventura, FL 33180

1

7) Kathleen Carla Alexander

8) Ameena Meer – 9 NORTH MOORE STREET, NY, NY 10013

9) Noble Housing Community Development Corporation

10) Albacoa

11) Attorney General for the State of NJ

12) Attorney General for the State of FL

13) Attorney General for the State of NY

14) PORT AUTHORITY NY/NJ

15) FEMA

16) HSBC

17) Capital One

18) NORTH FORK Bank

19) JP MORGAN CHASE

20) CITI GROUP

21) Senate and Congress of the United States of America

22) Bruce Ratner

23) GE Corporation

2

24) FORD MOTOR CORPORATION

25) Royal Bank of Scotland

26) Bank of Nova Scotia

27) Signature Bank

28) FACEBOOK

29) MYSPACE

30) TWITTER

31) SAFRA SYNAGOGUE

32) Bergen County Municipal Corporation

33) 9/11 TRUST FUND

34) Mayor bloomberg

35) Governor of NJ

36) Governor of NY

37) James, Dee Dee, Lisa, and Jeffrey Hubbard

38) George White

39) Middleburg Police Department

40) Leesburg Sheriff Department

41) Commonwealth of Virginia

3

42) Charles Carrol

43) Julianne's Restaurant FKA Tiramisu Restaurant Coffee Shop Black Teapot

44) Huckleberry Finn LLC

45) Bank of Middleburg

46) SunTrust Bank

47) Bank of America

48) Regions Bank

49) Citi National Bank

50) Bank of China

51) Bank of Saudi Arabia

52) Embassy of Pakistan

53) Embassy of Afghanistan

54) Francois Au

55) Catholic Charities Immigration Svc

56) Commonwealth of Massachusetts

57) Mc Kirgan Family

58) Eckerberg Family

59) BAA - Her Royal Highness Queen Elizabeth the Second's British Airport Security

4

60) Republic of Argentina

61) SEC

62) EPA

63) DEP

64) Community Board One, Margaret Chin

65) DEA agent Maria Gordian

66) FBI agent Busby

67) WILMER HILL URIER, esq.

68) Felix Ngati, esq.

69) FAA

70) Department of Transportation

71) Department of Homeland Security

72) UAL Credit Union

73) Alliant

74) GM

75) Department of Housing and Urban Development

76) Supreme Court of the United States of America

5

77) Honorable Chief Judge Loretta A. Prerka

78) Honorable Judge Hellerstein

79) Honorable Judge Barkdull

80) Honorable Judge Schlessinger

81) Honorable Judge Scola, Robert

82) Honorable Judge Fernandez

83) Royal Caribbean International Cruise Lines

84) Norwegian Cruise Lines

85) District attorney Charles Hynes

86) District attorney Cy Vance

87) US Attny for the Southern District of NY, PREET Bharara

88) Adrian Busby individually - 841 Via De La Paz, EL Paso, TX 79912

89) Honorable Judge Markowitz

90) Honorable Judge Amnon

91) Honorable Judge Tingling

92) Honorable Judge Leland D. Grase

93) Honorable Judge Barbara Kapnick

94) Honorable Judge Paul Fineman

6

95) Honorable Judge Karen Smith

96) Honorable Judge Bluth

97) Honorable Judge Ong

98) Honorable Judge Solomon

99) Honorable Judge Padilla

100) Honorable Judge Marin

101) Honorable Judge Dimitrolopous

102) Honorable Judge Ruchelsman

103) Honorable Judge Edwards

104) Honorable Judge Lewis

105) Honorable Judge Prudenti

106) Harvey Ruvin, Clerk of Courts Miami-Dade County

107) Chase & Linda Lalani

108) Judicial Research

109) United Lawyers Attorney Services

110) FEMA - HURRICANE of Katrina, Louisiana of NYC Blackwater 2002

111) Tom Gulotta, Shaw Licitra, Henry Lindsay Esq

112) Matthew Aboulafia

113) ERIC & Carlin Rothstein

114) Mark Settlement

115) Jacob "Brian" Biton

7

116) Chari Biton

117) Golden Apple LLC

118) Soho House

119) 2 NM

120) Douglas Eilliman

121) PRUDENTIAL

122) Shlomo Biton

123) Michell Biton

124) Ed Arman

125) All State Insurance

126) State Farm Insurance

127) Geico Insurance

128) Progressive Insurance

129) Jordan Rappaport

130) Dweck Clothing stores

131) Michael Berman

132) Proskaur Rose

133) Smith Mazure

134) ACLU

8

135) Borleghini Trust

136) D'Agostino Lawfirm

137) Maurice Reichman

138) Elizabeth & Charles Harris

139) David Glazer

140) Composto r Composto -142 Joralemon Street, 2nd Floor, BKlyn, NY 11201

141) Michael J. Rublowsky LLC -1650 Bdwy Ste 609, NY, NY 10019

142) Dennis Vacco

143) NY State Dept of Banking

144) NJ State Dept of Banking

145) NY State Dept of Insurance

146) NJ STATE Dept of Insurance

147) Connecticut State of Banking

148) Connecticut State of Insurance

149) Connecticut State secretary of Corporations

150) Maryland State Secretary of Corporations

151) Sybil Rappaport Trust

152) 275 Greenwich Street Condominium Association

153) Capital One - McLean Va.

154) Ritz Carlton Hotel McLean Va

155) Maryland Department of Taxation
156) Maryland Attorney Tracey McKirgan
157) Maryland General Attorney
158) GE Mortgages
159) Chase Mortgage
160) Goldman Sachs
161) Smith Barney
162) Morgan Smith
163) state street bank Boston Massachusetts
164) AG of Ma
165) AG of IL
166) Cook County Mayor
167) Cook County Municipal Corporation
168) Sec of State of Corporations for Illinois
169) Muslim Media Terrorists Network
170) Media TakeOut
171) Hillary Rodham – Clinton
172) CIA
173) Dept of Defense
174) State Department

10

175) United Continental Airlines

176) American Airlines

177) Star Alliance

178) AFL-CIO

179) AFA

180) Teamsters

181) 9/11 Fund

182) Joan L. Beranbaum, esq, Karen A. Robinson -DC37 Municipal Employees Union

183) Con Ed

184) Dominion Power & Electric

185) Middleburg Water & Sewer

186) Armfield and Miller Real Estate

187) Vanguard Mutual

188) Blue Cross/Blue Shield Illinois

189) CoBRA

190) IRS

191) Rennee Russo

192) Corporation Counsel of NY, Michael Cardozea

11

193) Adrianne Maidenbaum
194) Jeffrey Feinberg
195) Bill Clinton
196) Black Rock
197) Ameena Ali
198) Lloyds of London
199) Anne & Lindsay Fredferferig
200) Eliott Sutton
201) Eliot Spitzer
202) Andrew Cuomo
203) Bank of England
204) Rudy Giuliani
205) Andrew Cuomo
206) Governor Pataki
207) Cuomo Sr. & Jr.
208) TD Bank
209) Southwest Student Svcs
210) Fannie Mae
211) Freddy Mac
212) Sally Mae

12

213) Majid

214) Magic Investigations

215) Kingdom of Saudi Arabia

216) Bloomberg Media

217) Robert Murdoch

218) NYPD

219) Hubbard LLC

220) Sunny Isles Water & Sewer

221) Unified Court Systems for the State of NY

222) UAL stock

223) SEC

224) Social Security Administration

225) Sid Miller

226) Park 51

227) Whole Foods Cooperative

228) Community Board One Coop

229) 2308 NE 11st Hallandale, FL 33009

230) Three Islands Development

231) Norman Goodman Clerk of Courts

232) Sharon Brock Court Clerk

233) Commissioner of Palm Beach Municipal Corporation

13

234) Donald Trump

235) TRUMP Developments

236) John Doe

237) Jane Doe

238) Baby Doe

239) Danielle Biton

240) JORDAN Biton

241) Sierra Bitton

242) Fransesca Biton

243) Jacob Biton

244) Mary Jo Cadillac, aka Mary Jo Matthews

245) JetBlue Airways

246) Homeland Security

247) Aventura Municipal Corporation

248) Sybil Rappaport & Stanley Rappaport —Marina Del Ray, Ca

249) Gil Amrani

250) Carnival CruiseLines

251) Port Authority of Miami

252) Port Authority of Baltimore

253) Department of Taxation Commissioner of NY state

254) Department of Taxation Commissioner of MD state

14

255) Commissioner of Taxation of Commonwealth of Va

256) Michael Petterson

257) NJ TRANSIT / NY TRANSIT

258) Mark O'BRIAN

259) NJ Dept of Water & Sewer

260) Union Power Grid

261) Mohammed Najeed

262) United States Post office

263) Osama Bin Laden family

264) Prince of Saudi Arabia

265) Immigration Trial Lawyers Association

266) HSBC Bank in England

267) Bakalar Associates

268) AMEX CORPORATE ACCOUNT

269) Consumer services resources

270) CIA

271) Senator Charles Rangel

272) D P Piper Rudnick lawfirm

273) Blue Stone

274) B.I.D.

15

275) GREENPOINT Bank
276) Wachovia
277) Washington Mutual
278) Dime Savings Bank
279) Bank Leumi
280) Supreme Court of Jerusalem
281) Prime Minister of Great Britain
282) Prime Minister of Israel
283) NYS HESC
284) FFPL
285) Marymount Manhattan College
286) SUNY at Stony Brook
287) Board of Trustees for TRIBECA
288) Board of Trustees for NYCTA/MTA
289) Board of TRUSTEES FOR 9 NORTH MOORE STREET
290) Board of TRUSTEES FOR 9/11 Fund
291) Board of TRUSTEES FOR 'CRYSTAL BITON, Charlene Biton, Danielle Biton et al'
292) Board of Trustees for HSBC
293) Board of Trustees for Eastbank
294) Board of Trustees for Community Board One
295) Board of Trustees for JPMORGAN Chase
296) Board of Trustees for Greenpoint Bank
297) Board of Trustees for ALOFT TRAVEL CORPORATION
298) Board of Trustees for United Continental Airlines
299) Board of Trustees for Fuel Outdoor Corporation

16

300) Board of Trustees for Capital Outlook

301) Morrison - Lee Independent Counsel
302) Sec of CORPORATIONS State of Pennsylvania    North Carolina
303) Gen Attorney for State of Pennsylvania    305) General Attorney for North Carolina
                    304) Secretary of State Corporations    306) MERS

## JURISDICTION

A credit Card that was in the name of Danielle Biton and whom everyone stole identity from VAL Continental to Terrorists Ameena Meer, Kathleen Alexander, et al was used illegally and fraudulently in order to steal HSBC Bank account from Crystal Biton. 9/11/2001 stocks were illegally exchanged for blood monies and the id of each of plaintiffs were wiped out so that computer hijackers could electronically cash life insurances. Thru the Board of Trustees here in Newark, NJ from the PORT AUTHORITY have made illegal long arms transactions to assets, bank accounts, real estates belonging to saphyre Redford aka CRYSTAL BITON. Thru the Board of Trustees here in Newark, NJ for Fidelity, Insurances were illegally cashed by falsifying signatures of Chaelene, Danielle, and Crystal. Thru the Board of Trustees of Continental Mngmnts, VAL Continental, Aventura, Sunny Isles, Middleburg, Baltimore et al have illegally cashed insurances belonging to crystal Biton. Thru the bad faith actions of Morgan Melhuish Abrutyn, together with Bakalar Assoc, et al, Plaintiffs have been robbed from NJ to NY to Va to FL to London to Israel.

## CAUSE OF ACTION

Plaintiffs livelihood, reputations, privacy, rights to life, liberty, and happiness as well as the rights to FREEDOM OF Information have been seriously denied to us due to breach of security bank of America Military Trial, computer hackers stealing Plaintiffs identity, and thus creating a dangerous pipeline that have seriously placed our health, life, and safety in harm's way. Never and at no time did credit card companies reveal how Unfair trade practices have been allowed in order to cover up for breaches of security, greymail of 9/11/2001,

17

greymail of 19 Oct 2005, greymail of Chief Judge Loretta Preska
together with Federal Judges from Eastern District of NY
Southern District of Florida, Unified Court System of NY,
and FBI protecting bloody murderers from AL Qaeda,
to Ameena Meer to Ed Devecek et al, while innocents Plaintiffs
have never been noticed. NO MORE!

DEMAND

We request a trial by Jury to demand how acts of terrorism
together with hijackers in Government who allowed all of this
to happen without never noticing neither my family and I and we
refuse to have illegal sanctions and penalties Colaced on us.
We are victims and we demand Justice. NO, MORE!
We demand to have a Judge who cannot be corrupted and who will hold
Media Network terrorists Muslims as well as US Government accountable for
violating our rights to FREEDOM of INFORMATION
we demand our rights to due process
required protection which was never
afforded to us by conspiracy between
state; et al.

Dated 1 Sept 2011
Newark, NJ

Danielle Biton
on behalf of Charlene Michelle
and Crystal AKA SAPHYRE

18

RECEIVED - CLERK
U.S. DISTRICT COURT
20...

Page 1 of 1

Friends and colleagues,          12/28/06

...may have heard by now that there is an attempt underway to ...se down TriBeCa.net and take our name and site away. We were ...rmed at 5:45pm on Friday evening as we all began our Christmas weekend, that the TriBeCa Film Festival people believe that we represent some type of threat to their organization and that they intend to pursue legal action to "protect their rig:s".

They maintain that they have exclusive right to the name TriBeCa.

We maintain that we registered the name TriBeCa.net in 1995, six years before they ever existed. That as thirty plus year residents of TriBeCa, WE WERE HERE FIRST! That this is an attempt to bully us into giving up the community that we've worked hard to develop and the name we thought of long before there was a Film Festival.

We are a site dedicated to helping people express themselves. Express their art, their opinions, their beliefs, their talents and their tastes. We are not here for the Spielbergs and the De Niros. They don't need a site like this. But lots of people do.

The Film Festival folks seem to covet our success. In the six months since we've been out of Beta, we've attracted over 45,000 unique viewers. We've displayed over 900,000 pages. We've gone

1/29/2007

http://tribeca.net/users/page06/note.html

Charles harriss The Crook With his Wife Elizabeth Harris and Their Scheme Ponzi, Nador fraud Real Estate The Squatters of Tribecca.net Duped me Sold me A Pie As They stole my money in her pocket were in Default o Two NotrCates consolidation of 9 math more stm 7 m loo13 As Harris and united larger more eminent Domain for Private molm crystalization and herTwo Daughters

Developers once they Robed us As Violeting our Rights in order not to be found Having he his Criminal Activity As To mon The franchise cap Mat he errs immune a Mong He and His Wife Stole That elibzabe Secured herself When charles Fake his Death As THX85.

No Would he moster
he guilt of
math money
when He and His
Wife pocket
illegals Rental o
the Advertisement
Energy That eliZobeh
deportating to be
Revenue When he
Have De Tricky
Not sue De meleo
money order To start
with Tribecca (1)

from an Alexa rating of 2,500,000th most popular site to under 30,000. We've grown steadily and rapidly. Compare that to Tribeca Film Festival's site which is the 283,218th most popular site. Wonder why they want our site?

We're free, popular and growing. We intend to stay that way. We'll continue to help people find their voice and let the world judge. We are the spirit of TriBeCa. A spirit that is supportive, attentive and most definitely dedicated to community.

But just to assure the Film Festival folks: we have never shown a feature film - and - we never will.

Chuck

Infringment of Rights (pdf document)

RECEIVED·-CLERK
U.S. DISTRICT COURT

2011 SEP -1 P 6: 42

JUDGE DANIELS

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK
CLERK'S OFFICE

07 CV 690



THIS FILE MUST BE RETURNED TO REQUISITION DESK

NOTICE

Pursuant to Title 18 Sec 2071, USC, any person who willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys or attempts to take or carries away any record filed or deposited with the clerk of the court shall be prosecuted.

CLOSED CASE

JUDGE

DATE 2-7-09

JS 44C/SDNY
REV. 12/2005

**JUDGE DANIELS**

CIVIL COVER SHEET

**07 CV 690**

RECEIVED - CLERK

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

2011 SEP -1 P 6:42

PLAINTIFFS  Tribeca Film Center, Inc.,
Tribeca Enterprises, LLC and
Tribeca Film Festival NYC, LLC

DEFENDANTS
Tribeca Network, LLC and
Charles W. Harris

JAN 2 9 2007

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, New York 10022   (212) 980-0120

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Trademark infringement, false designation of origin, cybersquatting, unfair competition, injury to business reputation and dilution, deceptive trade practices and unjust enrichment arising under the Federal Trademark Act of 1946, as amended, 15 U.S.C. Sect.
1051 et se

Has this or a similar case been previously filed in SDNY at any time? No ☒ Yes? ☐  Judge Previously Assigned

If yes, was this case Vol ☐ invol. ☐ Dismissed. No ☐ Yes ☐  if yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*        NATURE OF SUIT

**ACTIONS UNDER STATUTES**

| TORTS | | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | | | |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY - | [ ] 610 AGRICULTURE | [ ] 422 APPEAL | [ ] 400 STATE |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT | MED MALPRACTICE | [ ] 620 FOOD & DRUG | 28 USC 158 | REAPPORTIONMENT |
| [ ] 130 MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | [ ] 625 DRUG RELATED | [ ] 423 WITHDRAWAL | [ ] 410 ANTITRUST |
| [ ] 140 NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | SEIZURE OF | 28 USC 157 | [ ] 430 BANKS & BANKING |
| INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | PROPERTY | | [ ] 450 COMMERCE/ICC |
| [ ] 150 RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | 21 USC 881 | | RATES/ETC |
| OVERPAYMENT & | EMPLOYERS' | LIABILITY | [ ] 630 LIQUOR LAWS | PROPERTY RIGHTS | [ ] 460 DEPORTATION |
| ENFORCEMENT OF | LIABILITY | | [ ] 640 RR & TRUCK | | [ ] 470 RACKETEER INFLU- |
| JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | [ ] 650 AIRLINE REGS | [ ] 820 COPYRIGHTS | ENCED & CORRUPT |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT | | [ ] 660 OCCUPATIONAL | [ ] 830 PATENT | ORGANIZATION ACT |
| [ ] 152 RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | SAFETY/HEALTH | [X] 840 TRADEMARK | (RICO) |
| DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 690 OTHER | | [ ] 480 CONSUMER CREDIT |
| STUDENT LOANS | [ ] 355 MOTOR VEHICLE | [ ] 380 OTHER PERSONAL | | | [ ] 490 CABLE/SATELLITE TV |
| (EXCL VETERANS) | PRODUCT LIABILITY | PROPERTY DAMAGE | LABOR | SOCIAL SECURITY | [ ] 810 SELECTIVE SERVICE |
| [ ] 153 RECOVERY OF | [ ] 360 OTHER PERSONAL | [ ] 385 PROPERTY DAMAGE | | | [ ] 850 SECURITIES/ |
| OVERPAYMENT OF | INJURY | PRODUCT LIABILITY | [ ] 710 FAIR LABOR | [ ] 861 MIA (1395FF) | COMMODITIES/ |
| VETERANS BENEFITS | | | STANDARDS ACT | [ ] 862 BLACK LUNG (923) | EXCHANGE |
| [ ] 160 STOCKHOLDERS SUITS | | | [ ] 720 LABOR/MGMT | [ ] 863 DIWC (405(g)) | [ ] 875 CUSTOMER |
| [ ] 190 OTHER CONTRACT | | | RELATIONS | [ ] 863 DIWW (405(g)) | CHALLENGE |
| [ ] 195 CONTRACT PRODUCT | | | [ ] 730 LABOR/MGMT | [ ] 864 SSID TITLE XVI | 12 USC 3410 |
| LIABILITY | | | REPORTING & | [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURE ACTS |
| [ ] 196 FRANCHISE | | | DISCLOSURE ACT | | [ ] 892 ECONOMIC |
| | | | [ ] 740 RAILWAY LABOR ACT | FEDERAL TAX SUITS | STABILIZATION ACT |
| | | | [ ] 790 OTHER LABOR | | [ ] 893 ENVIRONMENTAL |
| | **ACTIONS UNDER STATUTES** | | LITIGATION | [ ] 870 TAXES | MATTERS |
| | | | [ ] 791 EMPL RET INC | [ ] 871 IRS-THIRD PARTY | [ ] 894 ENERGY |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | SECURITY ACT | 20 USC 7609 | ALLOCATION ACT |
| | | | | | [ ] 895 FREEDOM OF |
| [ ] 210 LAND CONDEMNATION | [ ] 441 VOTING | [ ] 510 MOTIONS TO | | | INFORMATION ACT |
| [ ] 220 FORECLOSURE | [ ] 442 EMPLOYMENT | VACATE SENTENCE | | | [ ] 900 APPEAL OF FEE |
| [ ] 230 RENT LEASE & | [ ] 443 HOUSING | 20 USC 2255 | | | DETERMINATION |
| EJECTMENT | ACCOMMODATIONS | [ ] 530 HABEAS CORPUS | | | UNDER EQUAL ACCESS |
| [ ] 240 TORTS TO LAND | [ ] 444 WELFARE | [ ] 535 DEATH PENALTY | | | TO JUSTICE |
| [ ] 245 TORT PRODUCT | [ ] 445 AMERICANS WITH | [ ] 540 MANDAMUS & OTHER | | | [ ] 950 CONSTITUTIONALITY |
| LIABILITY | DISABILITIES - | [ ] 550 CIVIL RIGHTS | | | OF STATE STATUTES |
| [ ] 290 ALL OTHER | EMPLOYMENT | [ ] 555 PRISON CONDITION | | | [ ] 890 OTHER STATUTORY |
| REAL PROPERTY | [ ] 446 AMERICANS WITH | | | | ACTIONS |
| | DISABILITIES -OTHER | | | | |
| | [ ] 440 OTHER CIVIL RIGHTS | | | | |

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____   DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☒ YES ☐ NO

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

graham.wood@nero.us

**Tristan Waugh-am, 22, music industry, West Chester, Pa.**

Perhaps before Sept. 11, 2001, President Barack Obama's inspirational speech to the Muslim world in Cairo may have needed only to address a small faction of people who identify with anti-American extremism.

But when he actually deliv-

...an unbreakable religious misunderstanding has fueled a meltdown in communication between two poles, opposite worlds. Obama has made Jolly promises to re-engage America with the Middle East. eight years later, his any closer to a reconciliation? Metro asked a panel of foreign policy experts to weigh in.

**Seth Weinberger, foreign policy professor, University of Puget Sound in Tacoma Wash.**

• "Will each region see succeeds at getting the Muslim community... that will translate into any serious changes in U.S. Muslim relations, and it certainly won't change anything vis-à-vis the Taliban."

• "It may be that Obama is as popular as [former President George W.] Bush was unpopular ... but that doesn't actually change the interest of states."

**Mahmood Monshipouri, international relations expert, San Francisco State University**

• "I traveled to Turkey and the United Arab Emirates this summer. People there met the view of our administration. Middle Eastern people have little to be gained from talk are many, but they include a deep democracy deficit in which leaders [are not] responsive to their publics ... Al leaders are socialized to by power, and Obama is no exception."

**Solon Simons, institute of Conflict Analysis and Resolution, George Mason University**

• "I find it interesting that the primary audience for [Obama's Cairo] address ... the Arab press was 'This is great talk, but where's the action' ... the reasons Muslims feel there is

**AMEENA MEER,** NEW YORK CITY

t was difficult being a Muslim in the U.S. even before 9/11. But it was more like being any minority ... you were just weird. More often than not, people had no real idea of what a Muslim was.

After 9/11, as a Muslim, ac-



Who is Ameena even Having To Fool member of Security U.S.A. Attention To know Her computer Hacker To Target innocent citizens As To the Network Media

As is member of Authority that Ameena using To Promote her bull Fraud Fauxe international take out media is me right take out the media is not what happen Activism Ameena, who pushed out #views from Her Hardwork Stylist ment Ameen Stole ... I was surprised by some of the things I heard and saw.