

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **WILLIAM T. WALSH**<br>CLERK | **OFFICE OF THE CLERK**<br>MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE<br>50 WALNUT STREET, P.O. BOX 419<br>NEWARK, NEW JERSEY 07101<br><br>**Date:** March 8, 2012 | **CAMDEN OFFICE**<br>MITCHELL H. COHEN US COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>FOURTH & COOPER STS., ROOM 1050<br>CAMDEN, NJ 08101<br><br>**TRENTON OFFICE**<br>402 EAST STATE STREET<br>ROOM 301<br>TRENTON, NJ 08608<br><br>REPLY TO: <u>NEWARK</u> |

SAPHYRE REDFORD    P.O. BOX 302, NEW YORK, NY 10013

DANIELLE BITON    19707 NE 36TH COURT, APT. 17L, AVENTURA, FL 33180

CHARLENE M. BITON    19707   NE 36TH CURT, APT. 17L, AVENTURA, FL. 33180

**Re:** SAPHYRE REDFORD, ET AL V. MORGAN MELHUISH ABRUTYN, ET AL
Civ. 11-5130 (SRC)

Dear MS. REDFORD, MS. DANIELLE BITON and CHARLENE BITON

The Complaint in the above-captioned matter was received by this office on 9/1/2011. You must submit either a check or money order in the sum of $350.00, made payable to the Clerk, U.S.D.C., for the payment of the filing or complete and submit an application to proceed *in forma pauperis,* (without prepayment of fees).

Enclosed is an application to proceed *in forma pauperis.* This, or a check or money order, must be submitted within 30 days of the date of this letter or the complaint may be dismissed without prejudice.

Very truly yours,

William T. Walsh, Clerk

by: Marie S. Nunes
Deputy Clerk

cc: File