March 20, 2012

From : Charlene Michelle Biton

19707 Turnberry Way 17L Aventura, FL. 33180

(917) 703- 5317    email: CharleneBiton@gmail.com

**RECEIVED**
**MAR 2 7 2012**
AT 8:30
WILLIAM T. WALSH, CLERK
_____M

Referance :  Saphyre Redford, ET AL V. Morgan Melhuish Abrutyn , ET AL

CIV.  11-5130 (SRC)


Dear United States District Court District of New Jersey Office of the Clerk,

Martin Luther King JR. Federal BLDG & U.S. COURTHOUSE

50 WALNUT STREET, P.O. BOX 419 Newark, New Jersey. 07101


I Charlene Biton,

Have No Desire to participate as a Plantiff in this matter :

Saphyre Redford, Et  ALV. Morgan Melhuish Abrutyn, Et AL   CIV. 11-5130.

Please remove my name from this case and all cases with name on them

Charlene Michelle Biton.

Please respond with a confirmation either mail or email.

My mailing address is Charlene Biton  - 19707 Turnberry Way 17L Aventura, FL.33180

My phone number is (917) 703-5317 and my email is CharleneBiton@gmail.com

This letter is Notarized and is an active legal letter per my request to not participate in this case as a Plantiff or any other cases that my name is attached to.  Thank you and I appreciate your help, time, and quick resolution in this document.

Sincerely,
*Charlene Michelle Biton*
Charlene Michelle Bitonl

**PAUL H.T. GRANT**
Notary Public - State of Florida
My Comm. Expires Jul 31, 2015
Commission # EE 117457

Paul H.T. Grant
Notary Public.
My Commission Expires 7/31/15.

On 3/20/2012 appeared before me charlene Michelle Biton who produced Florida Id card 6 350 113 80 5650 issued 6/3/10, Expired 6/25/19.



**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**OFFICE OF THE CLERK**
MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

Date: March 8, 2012

WILLIAM T. WALSH
CLERK

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608



3/21/12

REPLY TO: **NEWARK**

SAPHYRE REDFORD    P.O. BOX 302, NEW YORK, NY 10013

DANIELLE BITON    19707 NE 36TH COURT, APT. 17L, AVENTURA, FL 33180

Re: SAPHYRE REDFORD, ET AL V. MORGAN MELHUISH ABRUTYN, ET AL
Civ. 11-5130 (SRC)

Dear MS. REDFORD, MS. DANIELLE BITON and CHARLENE BITON

The Complaint in the above-captioned matter was received by this office on 9/1/2011. You must submit either a check or money order in the sum of $350.00, made payable to the Clerk, U.S.D.C., for the payment of the filing or complete and submit an application to proceed *in forma pauperis*, (without prepayment of fees).

Enclosed is an application to proceed *in forma pauperis*. This, or a check or money order, must be submitted within 30 days of the date of this letter or the complaint may be dismissed without prejudice.

Very truly yours,

William T. Walsh, Clerk

by: Marie S. Nunes
Deputy Clerk

cc: File

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| CHARLENE MICHELLE BITON | ) | |
|---|---|---|
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. 11-5130 SRC |
| MORGAN MELHUISH ABRUTYN, ET AL | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) | | $ |
| Other real estate (Value) | | $ |
| Motor vehicle #1 (Value) | | $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Motor vehicle #2 (Value) | | $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets (Value) | | $ |
| Other assets (Value) | | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☐ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☐ No

    If yes, how much?  $ _____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☐ No

    If yes, how much?  $ _____
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13. Identify the city and state of your legal residence.

    Your daytime phone number: _____

    Your age: _____    Your years of schooling: _____

    Last four digits of your social-security number: _____