March 20, 2012

From : Charlene Michelle Biton

19707 Turnberry Way 17L Aventura, FL. 33180

(917) 703-5317    email: CharleneBiton@gmail.com

**RECEIVED**
**MAR 27 2012**
AT 8:30
WILLIAM T. WALSH, CLERK

Referance : Saphyre Redford, ET AL V. Morgan Melhuish Abrutyn , ET AL

CIV. 11-5130 (SRC)

Dear United States District Court District of New Jersey Office of the Clerk,

Martin Luther King JR. Federal BLDG & U.S. COURTHOUSE

50 WALNUT STREET, P.O. BOX 419 Newark, New Jersey. 07101

I Charlene Biton,

Have No Desire to participate as a Plantiff in this matter :

Saphyre Redford, Et ALV. Morgan Melhuish Abrutyn, Et AL   CIV. 11-5130.

Please remove my name from this case and all cases with name on them

Charlene Michelle Biton.

Please respond with a confirmation either mail or email.

My mailing address is Charlene Biton - 19707 Turnberry Way 17L Aventura, FL. 33180

My phone number is (917) 703-5317 and my email is CharleneBiton@gmail.com

This letter is Notarized and is an active legal letter per my request to not participate in this case as a Plantiff or any other cases that my name is attached to. Thank you and I appreciate your help, time, and quick resolution in this document.

Sincerely,

*Charlene Michelle Biton*
Charlene Michelle Bitonl

Paul H.T. Grant
Notary Public.
My Kommission Expires 7/31/15.

[Notary stamp: PAUL H.T. GRANT, Notary Public - State of Florida, My Comm. Expires Jul 31, 2015, Commission # EE 117457]

On 3/20/2012 appeared before me charlene Michelle Bitton who produced Florida Id Card 6 350 113 80 5650 issued 6/3/10, Expired 8/25/19.