*CLOSED*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
SAPHYRE REDFORD et al.,            :
                                   :
         Plaintiffs,               :
                                   :   Civil Action No. 11-5130 (SRC)
                                   :
         v.                        :   **ORDER**
                                   :
MORGAN MELHUISH ABRUTYN et al.,    :
                                   :
         Defendants.               :
_____:

**CHESLER, District Judge**

　　This matter comes before the Court on its own motion.  On September 1, 2011, Plaintiffs attempted to file a Complaint to initiate this case but neither paid a filing fee nor submitted an application to proceed *in forma pauperis*.  The Clerk of the Court for the United States District Court of the District of New Jersey wrote to Plaintiffs, requesting payment of the filing fee or submission of the IFP application, but has received no response.  This case is hereby dismissed without prejudice.

　　**SO ORDERED.**


　　　　　　　　　　　　　　　　　　　　　　　　s/ Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　　　　Stanley R. Chesler, U.S.D.J.


Dated: June 12, 2012