CRYSTAL BITON

P.O. BOX 302

NEW YORK, NEW YORK 10013

(347) 392-8622

CRYSTALBITON@YAHOO.COM

*Index No.: 2:11-cv-05130 SRC-MAS*

RECEIVED

JAN 1 0 2013

AT 8:30_____M
WILLIAM T. WALSH, CLERK

HONORABLE CHIEF JUDGE *Chief Chesney*

UNITED STATES FEDERAL *NEWARK*   DISTRICT COURT *OF NEW JERSEY*

*MARTIN LUTHER KING JR. FEDERAL BLDG & US COURTHOUSE*
*50 WALNUT STREET, P.O. Box 419*
*NEWARK, NJ 07101*

*Letter*

**8** JANUARY 2013

Dear Honorable Chief Judge *CHESNEY*,

I, the real Crystal Biton, whose identity was stolen by the F.B.I., Department of

Homeland Security, NYPD, Police Precinct One, District Attorney Robert Morganthau,

District Attorney Cy Vance, Congress, Senate, Daniel Squadron, Community Board One et

al, that a group of well organized who gathered together as a band of swindlers in order to

commit a huge injustice against an innocent woman and her two children. NO MORE!

This very well organized crime group of police officers, teachers, pilots, flight

attendants, mechanics, et al had committed, indeed, a very serious punzi fraud from real

estate to car auto. I, Crystal Biton, and my two children do not deserve this huge abuse. As

1

my name as to my children's name were stolen by a woman named Carla Kathleen

Alexander who got together with Royal Caribbean Norwegian Cruise lines, a sea water

Maritan that my ex-husband was employed from United Kingdom of Great Britain that had

brought him to the Port of Miami. I was sixteen years old, Your Honorable Chief Judge

Chesney, when I got married with my husband. My mother had to agree and consent for my

marriage to Jacob Bitton. The ceremony was in Israel after my family left Morocco. As my

newly wed husband and I went to the UK after we were offered a job that we could not pass

up the opportunity, Jacob and I left Israel for the UK. That indeed, Allah Jehovah had

blessed me with His gift a blessing of a daughter named Danielle. A baby girl was born to

me in the United Kingdom. As her registration that her father had registered her as Daniel

Bitton that a lawyer by the name of Mr. Dennemont had stolen her birth certificate as well

as her taxes of her late employment of the year when she started her employment with

United Airlines back in 1995. The American United Airlines had already made a perfect

plan on how to pick on an innocent victim and how to target a clean record that was

intentionally conspired against by teamsters unions pilots, that ALPA, AFA-FAA,

PENSION, had come full force on how to steal from us for their illegal benefits. NO

MORE! As this Pilot who goes by the name of Kevin McKirgan, to another named James

Hubbard, who in order to make his penise and his pension go high, they had to commit very

serious crimes in bad faith. So here comes a well organized unions teamsters international

2

group on how to surround my daughter who comes from a very good home and a good upbringing. Danielle, my daughter as well as my other daughter, Charlene Michelle, both had no outside experience and only knew education and religious studies. They were nerds growing up and not at all party girls. There was never drinking no smoking in my home, as well as no guns. I provided a safe and healthy environment for the girls to adjust and learn about the world around them. They had it too good off of my love and caring attention that they did not know what the REAL world was about. My girls never committed a crime. They did not have the experience that these swindlers unions teamsters had not then and still not now. Even after their lives have been intentionally conspired against by these powerful organizations, they remained pure and good. As I had done my best in providing a well nurturing clean environment home protection, this was due to the unfortunate divorce between me and the children's father, Jacob. The divorce was brought about by two men called Fishbaum, Arie and Eddie. As to their attorney, Bruce Reznick, who had stolen a ground floor unit together with the basement commercial, insurances from State Farm to Chubb to Chicago Title Insurance to Allstate to Progressive Insurance to Ford to American Express to Merchants from one hijacked port after another. NO MORE! The taxes were switched when Danielle went to work for United Continental Airlines back in 1995 that the airlines had made a huge telecommunications unions contract together with the airlines in 2004 to illegally collect on insurances that never did neither Danielle nor I consent to. So as

3

going back to attorney Bruce Reznick who had illegally stolen my shares from the restaurant of R. Gross Dairy Restaurant, that the airlines was icing on the cake that was baked of fishes from Fishbaum to false religious organization called Lubavitch International organization to church and to my ex-husband's employer, Royal Caribbean Norwegian Cruise Lines. Jacob's cousins known as Pinhas and Colby Zackery that pulled the hair of the children, Danielle and Charlene Michelle, in order for Pinhas and Colby to have my ex-husband, Jacob and I, invest in a hair salon called Amour De Hair. These two cousins of Jacob had not only taken advantage of my kindness and good heart, they went after the most vulnerable of all, the children. They went to rape my daughters. So, as I brought them in good faith to the Federal Southern District Court in New York, I was set up by the Feds who had started a case against me in bad faith. Yet, the Feds never revealed to me what they had allowed behind my back for years. So when I had acted in good faith right from the get-go, the Government had made sure to protect not the victims but instead the criminals. The trade marks that were illegally formed together with the patents copyrights stolen intelligence from me, Crystal Biton, was illegally sabotaged by the USDNY when I went originally to bring these two cousins, Pinhas and Colby Zackery. Yet, the Government's interest was not in good faith, but instead was accomplished in bad faith by the FBI, Pinhas and Colby Zackery, Social Security et al. NO MORE! The International Trades, patents, copyrights were done on the backs of two innocent little girls and their mother, and secured

4

in bad faith by the Federal Government on behalf of two men who had illegally violated

human rights and Constitutional rights. NO MORE! I contest. The property was illegally

stolen by these two criminals who are wanted in Israel and around the globe for their illegal

money laundering, identity thefts, credit card fraud, victimizing innocents, committing

crimes against humanity. NO MORE! So as the Federal Government has acted in bad faith

back in the nineties against both my two girls and I, I went to the Unified Court System of

New York praying for relief from this horrible nightmare of injustice. What started in good

faith has uncovered not just one abuse, but so many that pandora's box illegally got

substituted to just cover up the truth. The truth is that the Government rather than admitting

their crimes that they are part of that has been done against my family and I, what has

happened is a very wicked stink. Where is justice? Neither I nor my children stink. We are

good and honorable Citizens. Yet, the Federal Government together with the State of New JERSEY &

NY York conspired against me and my two children. So when I went to 111 Centre Street,

Small Claims Court, where the cases got switched and sabotaged, and that I never agreed to

it. The Sheriff's office never served me to begin with. The switch was made sure to protect

the illegal substitutes who were brought here to this country from Israel and they had been

allowed to assume not just our bed, our homes, our shoes, our toothbrushes, but as well as to

our social security numbers, fingerprints, passports, good clean records, et al. This is

neither just nor proper. Victims have suffered from this cruel abuse for too long. NO

MORE!  What is good for the goose is good for the gander.  Not only where the crooks

flying high and enjoying their privileges from FAA to DEA to FBI, they also enjoyed their

illegal privileges from the Unified State Court System of New York.  Where is justice?

How long do victims have to suffer?  Seriously, Chief Judge *Chesney* this is truely insane.

And the insanity is not coming neither from me nor my two children, but instead it is

coming from one clerk to another, from Catherine O'Hagan Wolfe to Norman Goodman to

Sharon R. Bock to Harvey Ruvin et al.  NO MORE!

The feathers of this very corrupt birds went and traveled down to South Florida.  Perfect

for these criminals to fly and get away for so long.  NOT ANYMORE!  So, as I had acted all

these years in good faith, here comes behind my back this other woman from the United

States Government.  Never and at no time did no one inform me about this other woman nor

of any other women that Jacob had decided to venture off with.  This is against the law

because it was done by the Courts on how to intentionally deny me my guaranteed

Constitutional rights of due process.  How can I be going to Court in one land, where there

was something entirely different going on in another foreign different land?  Why would

yousyourself cover up this Honorable Chief Judge Loretta A. *Chesney*?  How come when I act

in good faith, the Court looks to reverse everything especially without telling me?  What

happened to all the evidence that I gave in good faith?  Where are all the pictures?  Tell the

FBI et al they have no right to destroy and tamper with the record.  It is unconstitutional.

6

NO MORE! Where are my protections?

So, as I had acted in good faith and always looked for the best interests of my children's safety, health, and welfare, I made an order of protection on this Carla Kathleen Alexander when I just discovered what has been going on when I went down to the state of Florida recently in 2010. Yet, due to serious conflicts of interests involving sexual abuse, exploitation, favors, etc., both Judges Barkdull in the 15th Judicial District in and for Palm Beach, Florida, together with Judge Schlessinger in the 11th Judicial District in and for Miami-Dade had violated the securities that were for the protection of my two children and I. Instead of the victims being protected, the bloody murderers were getting all the protection. Where's justice? When my ex-husband was ordered by this woman to lie for her and to cover for her, the state of Florida, Department of Interstate Child Support, from New York to Tallahassee, Florida, had calculated that Jacob still owes me an additional forty-five thousand dollars. As to alimony, the deed/title to the house and car, as well as stocks, pension, insurances, health coverage, IRS tax benefits, R. Gross Dairy Restaurant partnership, travel passes, et al, Judge Mitchell Goldman from the 11th Judicial Circuit Family Court had ruled in my favor awarding me what rightfully belongs to me since I was the wife who had been married to Jacob for nearly thirty years. So when Jacob was suppose to turn into me the full title and control of the Mercedes Benz together with the house, and as well to alimony, child custody et al, and when especially it came from out of my pockets

7

that I paid for only for the State of New York and Florida together with the false religious organizations to conpsire against my two children and I.  That Carla Kathleen Alexander ahd stolen from me.  When a Lubavitch lawyer as well as an arbitrator that misconducted himself to an arbitration that he had illegally pushed for a settlement so that these two rapists cousins could walk scott free.  I refused for allowing crimes to be committed to my two children and I.  I have fought for transparency and the truth.  I contest everything that the States and the Federal together with the Commonwealth et al have done in order to rip off innocents and drain them of their talents and gifts.  We are good and honorable children of the Almighty.  What has been done to us in bad faith is not legal.  It is **ILLEGAL!**  I never agreed to no settlement and never did I sign for such a thing.  According to the New York Law Journal for Monday, 26 November 2012, the article titled, **"ALTERNATIVE DISPUTE RESOLUTION".**  On page S11, it states the following: **"When the case settles. The post-mediation agreement should be executed before the parties leave.  It should be reduced to writing and carefully encompass all of the terms of the settlement. While the case may be in litigation, and the settlement subject to the exchange of a satisfactory stipulation of discontinuance and general release, it is the better practice to have the client sign the post-mediation agreement in the presence of the mediator. As discussed supra, upon leaving the mediation, clients often experience 'buyer's remorese.'  I know instances where some refuse to proceed with the settlement because**

8

**of this.  The post-mediation agreement serves as a basis to enforce a settlement.  It also protects counsel from a client who denies that authorization to enter into same was given.  Many times, once a verbal settlement agreement is reached, one of the parties will begin to add conditions to the settlement that were not raised during the mediation process.  It beings an entirely new mediation devoted to dealing with terms that were not contemplated.  Counsel and mediator  should specifically raise the issue of any special conditions before a final settlement is agreed to.  However, I have had instances where despite my inquiring regarding same, counsel has withheld  terms and conditions that the settlement is contingent upon.  To conduct the negotiation in such a fashion is, at minium, bad faith."**  In this case, the fashion is entirely bad faith and never was there a settlement agreement.  Where is it?  Show me because each time I come to this Court, there is some funny monkey business going on behind my back from the FBI et al. No More!  Where is justice?  As surely, Kathleen Alexander had hot dogged it to Israel in order to enter the agreement, she did it in bad faith and with serious blood on her hands. This is not acceptable to make deals on behalf of innocents.  Neither my two children nor I agree.  We contest this whole banana boat conspiracy from the Waterways in Aventura, Florida to Panama Canal to Port Authority to France to Suez Canal et al where Israel made a bad faith deal with the President of the United States of America, et al.  I do not agree. Neither here in United States of America nor in France nor anywhere in the entire Universe.

9

I contest. No More Injustice! The devious and trickster hand of Kathleen Alexander together with these two aliens who forged papers and together with Kathleen Alexander who falsified licenses is totally not in the interests of justice, especially when it is done not in my presence nor with my knowledge nor consent. I was never notified and when I go to Court with the evidence, the Court switches around documents and states arbitration. Say what? What arbitration when the Sheriff's office can not even locate and find these two perverted sadistic men also known as Pinhas and Colby Zackery. Another Judge had ruled that a rape is a rape. There was no ins, outs, nor buts. As the Judge hard ordered both the cousins' of Jacob to not leave the City, State, and County, and had demanded for their passports to be turned in, and not to make any future plans pending upon a trial and jury. Instead, a deal had been made between President Clinton and Prime Minister of Israel. There was a lawyer appointed by the Court for my daughter's Constitutional rights, but instead of the Court appointed attorney to protect the rights of the victims, the Court's attorney protected the rights of the Israeli citizens and had seriously prejudiced the rights of my two children and I. When there was suppose to be a trial with jury to try these two men, along came a very dark evil force that had entered into our lives, and as Almighty is my witness, that this very strong force had come full force in order to destroy our lives. Instead of Charlene Michelle Biton being reassured that her rights will be protected as stated by New York State and Federal laws, her rights' were seriously violated and conspired against

10

by these foreign agents citizens. I never consented nor did my daughter consent to have her rights waived. They were waived as usual by the Court's Clerks, Commissioners of Jurors, attorneys, municipal unions organizations, doctors who had acted not in good faith, but instead in bad faith along with vous,et al. Where is justice? So as everyone threatened and scared poor little Charlene Michelle, I had to battle as both victim and protector. Yes, I am a victim of this Court, but I am also a protector for my children because I refuse to act in bad faith. I chose to do the right thing and speak the truth. After for so long doing my due diligence where no one lifts a finger for you in the Court, I had found out by surprise what still till this day is amazing how much can be allowed to get done without one's knowledge. The reason of course is that it is all illegal and that is exactly how the crooks Judges to the crooks lawyers to the crooks teachers et al likes it. Not me nor my children. We are not crooks! The water was perfect for the sharks to hunt. And boy where the sharks circling my little girl and me. This was perfect cold bloody chilling waters for a couple of sharks to hang out right before their buffet of innocents. Along come Bruce Reznick and the Fishbaums et al. IT was cruel, sadistic, and so unnecessary especially after Bruce Reznick, Fishbaums et al has acted in perversion of justice. Where is justice? The casinos were the perfect place for these cold bloody hunters who could care less about an innocent woman and her two children. This exploitation of my daughter on how to get the cousins off the hook and how instead to put innocents with the terrorism crimes that were committed by

11

this association was perfect timing. I never knew what was coming. I was just as blind as the man up in Albany even after it flew way past my head and into the Hudson River. It was nothing but one breach of security after another. In order for Bruce the Goose Greasy Reznick to cook the little children and their mother, he was certainly not going to treat them to a mother Goose special. It was the Mother Goose as the special Du Jour of the day. The Restaurant was illegally utilizing all of the equipment in order to cook for breakfast, lunch, and dinner specials of victims. Just as a fantastic Crab meat is prepared after their claws are chopped off, the same went for me and my two children. We were strategized against and were tossed into hot boiling water and never were our cries for immediate judicial intervention heard. It was impossible especially when you, Chief Judge *Chesney*, you yourself had acted very calculatingly and in conspiracy by selecting us and making sure that we would have boiler treatment instead of cool waters treatment surrounded with friendly dolphins. No More! We got the burns and the shark bites to prove it and we did not ask for it. Rather, we had prayed for immediate judicial relief. Which in our case was the contrary, especially when your mouth had ordered from the bloody menu. Where is justice? Why were we never protected? Our lives are not treatises nor are they patents nor are they trademarks nor are they a museaum nor are they a project media propaganda et al. Yet, somehow without our knowledge nor our consent, when we turned to the Court for judicial relief, we were given something completely different. Bloody murder. Where is

12

justice? The actors clowns associations from one circus court show after another was a major attraction for who else, Batman. Nielsen Media Entertainment together with Time Warner Cable together with Tribeca Film Network Association, together with Chicago Film Festival et al, we got tossed and chopped. We did not agree nor did we consent. So instead of a Judge to hear the good merits of the case, along with the jury, there was a Judge accepting dirty stinky fishy bribery monies. The Judges in Florida together with the Judges in New York had done an amazing job if one considers blackmail, extortion, greymail, threats et al as justice. I do not and that is why I contest. NO MORE! These two swindlers who came by my business as well to Jacob's work at Royal Caribbean Norwegian Cruise Lines as well to our bank account as well to my children's schools as well to our homes as well to our cars planes transportation et al only for them to steal, abuse, fraud, switch, falsify, and unjustly enrich themselves on my hard work for more than forty years of very hard jobs of labor is so unconstitutional. It is bloody murder. Where is justice? As to my accomplishments from building the restaurant's clientele to properties that I had put in not just my sweat, but as well as my tears and blood, only for these two swindlers to steal it from underneath my feet and to state that we are terrorists smelly Moroccans. Who is the smelly Moroccans? I do not know of anyone and I do not know of any terrorists from Morocco. Morocco is a beautiful country. For these two swindlers to use and defame and slander my background against me is criminal. The serious securities breaches that were

13

done in bad faith is indeed being contested.  It has not even been given a chance to dress for the occassion of standing for serious accusations.  When the law of Sarbanes-Oxley got passed in the House, why then did you Chief Judge *Chesney* rule in bad faith together with Judges Barkdull and Schlessinger?  The Law states that yes indeed it is against the law to breach security and it is against the law to punish the whistle blower.  So why did you rule in bad faith Chief Judge *Chesney*?  The law clearly states that it is against the law to breach securities, yet clearly you did not read the law properly.  In fact, your ruling is contrary to the law and the compass seems to get hijacked by Dr. Beraka et al.  Where is justice?

As even the Lord's name was used in vain by Kathleen Alexander, there was no stopping this woman from hell.  She is pure wicked and evil.  For her to do this to another woman and to innocents, where is her concience?  This woman had lived a life on my children's and my back.  This woman had traveled not for Holy pleasures, but instead for sinful criminal actions.  She went to the Holy Land in order to steal my marriage certificate as well as my identities of name changes and citizenship to divorce et al in order to steal what rightfully belongs to me.  I contest.  I am the real Crystal who has been sacrificed by the Government for over twenty-three years.  My name is Marcelle Bitton.  After I got married to Jacob, he and I agreed to do the right thing.  I kept up my end of the contract, however, the Government has breached the contract that was made in good faith by me.  What the

Government has done was early on in our marriage, Jacob was recruited to be part of the TEAM. Never and at no time, did Jacob consult with me nor ask what is best for the family unit. That is because the work, Royal Caribbean Norwegian Cruise lines together with the FBI et al came full force on how to exploit a young and very gifted talented family. We never agreed to this contract. So how easy it was for Carla Kathleen Alexander to come running and hunting after Jacob and for the Government to steal my golden shoes and in place of her smelly dirty shoes. Where is justice to steal the hard work and the rights of the victims only for the Government together with the Courts to rule against the victims who come pleading and begging NO MORE! Where is this? The years that I had dedicated without enjoying myself, never did I go for a spa treatment in the Colorado Rockies eating a Chicken fingers lunch for fifty dollars and then taking a couple hours long self indulgent massage and then traveling first class from Denver, Colorado to West Palm Beach, Florida to go head for a cruise sipping champagne and chilling on the sun deck. Mind you this of course was all done using my identity but it was neither me nor the two children whose identity was used for this deluxe package of pampered treatment. While Carla Kathleen Alexander was enjoying a nice bottle of Cristal, I was sipping my coffee with salty tears and eating stale bread while I was sleeping oustide in the cold for years. Where is justice? When I had another woman help herself to my bank account thanks to the crooks up in Albany to Tallahassee and when I find out by surprise stating that this is totally against the

15

law, where is my rights? I was told by the complex commercial Judge to go sleep with my children in a bus stop. This was told to me by Judge Charles Ramos. I contest. It was never for me nor for my children to sleep one day nor for one minute in the streets, yet that is what yous allowed. Judge Chesruy you yourself are very well informed of what has been done to us because the CIA has a big hand in our misery as well as the FBI Homeland Security et al. I contest. We are being tortured and we are being deprived of our Constitutional rights and from one island where innocents got sold illegally to another island where a serious injustice has been allowed is indeed bloody murder. I contest. NO MORE! Never did I agree to this illegal contracts, illegal deals, and illegal sabotage of victims' rights. I contest. I blew the whistle and yet, the messenger got shot and how. By who else? James Hubbard who enjoys exploitation of Jimmy Hoffa, rest in peace. Together with Steven Eckerberg et al in Middleburg, Virginia where I went to help my daughter where she was illegally trapped and held against her will by a rapist who together with his association exploited and abused not just her but as well her entire family. What is this? Where is the Constitution? It got lost between Constitution Hall and Federal Plaza from one too many lies. I contest.

So while the bloody murderers gots to eat, drink, and enjoy life, I am being tossed like a piece of meat only to get torn to pieces from the lions who roams the Courts of 500 Pearl Street, New York, New York to 60 Centre Street, New York, New York 10013 to Supreme

Court of America, Washington, D.C. et al.  If I wanted to visit the lions, I would have gone instead to National Zoo and/or Bronx Zoo rather than going to the Courts.  What I got when I had gone in good faith was vicious and savage beastly treatment from one Judge to another attorney to a wild cat clerk et al.  This is wicked and a perversion of justice.  Where is justice?  I never had a contract with the unions nor the teamsters nor the Clerks of Courts nor the Municipal Corporations et al.  Right from the get-go when I had entered the United States, I was dead meat.  Me and little Danielle and then Charlene.  We were given the flames to cook our hides and meanwhile Carla Kathleen Alexander and her children are given to steal our identities.  How can you rule in justice when the laws are not abided by?  There is no law none whatsoever in these bad faith rulings.  It is beyond dangerous what has been allowed to us.  Those poor men sitting in Camp Gitmo who have been destroyed and violated and never did one act in good faith.  No one acted in good faith because the Constitution got hijacked.  We have been illegally imprisoned and illegally called terrorists and when we go to Court to challenge the lies and the attacks done by the FBI, CIA et al, we are called mental.  We are not mental and we contest this huge abuse of power.  Where is justice?  Instead of Carla Kathleen Alexander getting the treatment of accountability, she was given the skip jail pass and she was allowed to put an innocent in her place.  RING THE

BELL!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

17

!!!!!! No

More!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! I

contest!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

!!! The entire record has been falsified. When I had entered into the United States of

America, I did not know that I would become a slave for another woman and I did not know

that I would have my life and not just my life but my children's lives as well illegally sold

and bartered. What is this? There is no contract. This is a strike!@unconstitutionalDC.

No taxation without representation, especially when another woman is allowed to charge up

one credit card after another given to her by NASDAQ Disaster relief as to Katrina of

Louisiana NYC FEMA et al. I did not claim FEMA nor did I act in bad faith, yet Elizabeth

Harris, Marty Shaw, Matthew Aboulafia, Cy Vance, Andrew M. Cuomo, Joe Turco,

Jonathan Lippman, Bruce Reznick, et al did. Where is justice? I am being illegally

condemned! I refuse this injustice. In truth, I won and you know Chief Judge Chesney and

you are refusing me what rightfully belongs to me. I do not allow for no FBI, CIA, NSA,

Homeland Security et al to take what rightfully belongs to me and my children. I contest. I

am not the employee of United Continental Airlines. The airlines are bond investments.

They saw the name of my daughter, and they did the turn around illegally by making me an

employee. Right from the get-go, it was conspired against me in 1995 when my daughter

started her employment with United Continental Airlines. I refuse for my rights to be

18

violated and I refuse for my children to get robbed.  United Continental Airlines is wrong!  I

contest.  Where is my contract with them?  What do I owe them?  It is the airlines who owes

me for the serious damages that they have caused to me and my children in bad faith.  NO

MORE!  And to the United States of America's Government who has used their agents,

employees, agencies, contractors, lobbyists, et al on how to commit crimes against humanity

and how to silence their victims.  We contest.  The certificates have been indeed falsified.

The passports have been stolen, especially when you, Your Honorable Judge Chief *Chesney*

had in your possession had the identities of victims in your hands.  The different

nationalities and different citizenships does indeed have a huge play in this very dark case.

Clinton et al are very well known for their work and I refuse to allow for my children and I

to continue to be victimized by the Courts who refuse us our Constitutional rights.  I refuse

for this huge unlawful crime to take place when there is a document that can challenge

everything.  The problem is that the CIA, FBI, Congress, Judicial et al has refused for the

document to release innocents.  Where is justice?  My children and I are victims no more!

We are not slaves but we were all born free women.  We refuse to be America's tragedy.

We refuse to be America's terrorists.  These labels are for the FBI, CIA et al.  We are

children from the most High.  Our souls belongs to Him.  For these two cousins to come

running from Israel in order to state that we are mental, terrors, and that we are wicked is

describing them not us.  I know who my mother, father, sisters, brothers, communities,

19

homes, businesses, belongings et al where they have gone and for whom. When I state that

it is Homeland Security who has illegally stolen our fingerprints together with FBI et al and

that our names and our lives have been illegally substituted for third parties is seriously

being contested.

As stated by you, Chief Judge Preska, **"Under Fed. R. Civ. 60(b), a party may seek**

**relief from a district court's order or judgment for the following reasons:**

**(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence**

**that, with reasonable diligence, could not have been discovered in time to move for a**

**new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinisic),**

**misrepresentation, or other misconduct of an opposing party; (4) the judgment is void;**

**(5) the judgment has been reversed or vacated; or applying it prospectively is no**

**longer equitable; or (6) any other reason justifying relief."** It is not fact enough to find

out how CIA, FBI, Judges, Lawyers unions associations federations et al have given

immunities for Carla Kathleen Alexander et al to illegally claim what rightfully belongs to

me? How can she threaten rape and abuse my child and the Court does not find this illegal?

Because the Judge is sleeping with her? From Florida to New York there is only injustice

as well from Congress. It is Unconstitutional. I contest. See United Airlines, Inc v. Brien,

588 F.3d 158, 175(2d Cir. 2009), and Old Republic ins. Co v. Pac. Fin. Servs. of America,

Inc., 301 F.3d 54, 59 (2d Cir. 2002) is against the law. It is Unconstitutional. United

Airlines is guilty of committing crimes against humanity. Since when does Judge

Hellerstein have the right to avoid a trial with jury and to call witnesses in order to hold the

guilty accountable? United Airlines committed bloody murder and their criminal actions

are negligent and are in violation of the Constitution Bill of Rights. I contest United

Airlines as well as Old Republic Insurance to Lloyd's of London et al. Where is justice? I

contest Judge Preska and I hold you accountable. NO MORE!

In the interests of Justice, what has been done in the dark, will come out in the light. In

other words, I contest everything. I do not hold the hands in association of an airline to

another airline who is guilty of plotting against and carrying out acts against humanity. It is

wrong to hold innocents in their guilty boxes. We are not guilty. We are innocent and the

insurances have been sold illegally as well as innocents and I hold Judge *Chief Chesney*

and I challenge you to the United States Supreme Court for the unconstitutional ruling of

placing the lives, safety, and welfare of innocents in serious harm's way when the bloody

murderers are given the protections. That is against the interests of justice. NO MORE!

The citing of Coppedge v. United States, 369 U.S. 438, 444-45 (1962) is unconstitutional

especially when the United States of America has illegally held the gun to innocents, and

fired the gun and killed innocents while the bells were ringing. The bells of innocents ring

loud and clear, it is illegal and what one doctor to another doctor had ruled in bad faith with

a panel of Judges who refuse to disclose how bad faith decisions have been decided is being *Sold*

with drugs, drug dealers as to the Harrises who sold and grew marijuana as to the Attorney General as to the now governor of NY who gave all the protections to the marijuana delighters who intentionally placed a mother and her two children in serious harm's way.

I never sold drugs nor did I take prescriptions prescribed by Dr. Beraka. The Dr. Beraka has acted in bad faith together with Baxter Healthcare International. I contest the bad faith actions that not one Judge has done the right thing. How many bad faith coverup lies and conspiracy has been intentionally done by FBI, CIA, NSA, Homeland Security, NYPD, unions et al and yet as a constitutional citizen, I can not challenge the crimes that were permitted to be done in bad faith against a mother and two children?

Both my children and I are competent to stand trial with a grand jury, that we are well competent. As we refuse false tags of mental given by both President Obama and his wife, Michelle Obama, together with their lawfirm of Sidly Austin LLP, along with Chicago Illinois Insurance, et al. Ms. OBAMA, who is a partner and owner of lawfirm who have acted in bad faith in order for Michelle Obama, President Obama, Clinton et al to illegally rob my family and I of our good meritorious cases. That President Obama sending his financial group men along with Bill Clinton and George Bush to steal our signatures. when I acted in good faith before the Presidential election of November 2012. I had coming to the First Appellate Division from Michelle Obama's firm a man who did not identify himself, yet was allowed by the Clerk of Courts, Ms. Rojas, to steal signatures before President OBAMA got relected again. When Jonathan Lippman, Chief Judge of Unified Court System of New York, had ordered the clerk, from Andrew Klein, to another clerk by the name of Suzanne Rojas, to saying as discuss my cases with President OBAMA et al.

22

With drugs and drug dealers as to the Harrises who sold and grew marijuana as to the Attorney General as to the now governor of NJ who gave all the protections to the marijuana delighters who intentionally placed a mother and her two children in serious harm's way. How can Both Governors of NY and NJ allow drug dealers, Charles and Elizabeth Harris, together with FBI agents, NYPD, DEA et al to violate Constitutional rights? How can Chief Judge Lippman to Chief Judge Preska to Chief Judge Chesler et al allow verbal orders to substitute my due process and my children's due process without a trial and without a jury, especially when we never sold drugs, nor did we commit crimes against humanity? This is a crime. Never did you Chief Judge Chesler sign a ruling in good faith nor attached notarized affidavits whether or not they the parties who have come to steal pensions, lives, work, health care, safety, welfare, housing, transportation et al. Not just you, but also Members of the Armed Forces, Veterans, Government agencies, IRS, et al have been permitted to violate serious Constitutional protections. Where is Justice? Both my children and I have been illegally stripped of our Constitutional protections, we have been allowed to be placed in toxic dangerous environmental illegal zoning, where one agent after another agent have been allowed to destroy our income, our health insurance, our privacy, our safety, our bank accounts, our good clean records, our reputations, our transportation, our pensions, et al and instead we have been illegally set up with drugs, cover up, lies, and conspiracy. We contest. The police have seriously abused their authority and no one not from James Story to James Hubbard to Kevin McKirgan to Catholic Church to Mormon Church to Lubavitch Jewish International to Budhists to Aethists to Muslims to Black Congressional Caucus to NAACP to Ms. Johnson Black Media to Bill Clinton's KKK nateis affiliations from Aventura, Florida to child molesting Tallahassee, Florida the entire corrupt states of Michigan, Florida, New York, California, New York's allies municipal unions,.

23

NJ drugs & NJ drug dealers as to the Harrises who sold and grew marijuana as to the Attorney General as to the now governor of NJ who gave all the protections to the marijuana delighters who intentionally placed a mother and her two children in serious harm's way.

What right do you Chief Judge of New Jersey have in violating the law, and by allowing our constitutional rights to be replaced with Terrorism committed by DEA, US Coast Guard, US Navy Admiral, US Airforce, US National Guard, US Bank of America, US Federal Reserves, US Congress, US Senate, US automakers, US doctors/hospital affiliations, US catholics et al? Go ahead and put down in writing how yous all banded together not for the interest of doing what is right but only what to steal, cheat, and rob what the US Constitution has been formed for the protections against this very huge corruption that was done to innocents. No MORE! I demand to have disclosure and I demand to see signatures. Put it in writing, along with the countless testimonies, as to false sworn statements that were collected and that this illegal collection was done not in the interests of justice, but instead in violations of justice. As it is stated outside the MLK Courthouse, "When Justice does its public part, and when the human heart errs and learns, then justice has been served. That is not what happened here? No, If Justice had indeed been served then there would be no conflicts of interests. OBVIOUSLY, it is not in our interests to allow this huge breach of security together with the serious violations against human rights, go unchecked. No. We hold accountable those who were allowed to sell illegal prescriptions, drug pushers from NYPD1 to DEA to Charles and Elizabeth Harris to Robert De Neiro to Harvey Weinstein to Tribeca Miramax to Community Board One to AG of NY, NJ to Baxter International to United Continental Airlines, to James

24

with drugs {NJ} drug dealers as to the Harrises who sold and grew marijuana as to the Attorney General as to the now governor of NJ who gave all the protections to the marijuana delighters who intentionally placed a mother and her two children in serious harm's way.

No one has the right to deprive us of our rights. We are not a treaty. We are not prisoners! We are very good American Citizens. We have not committed a crime. Crimes have been committed on us, and what a huge crime has been committed here. Indeed! What we had to unnecessarily endure because in truth the United States of America's laws does not protect the interests of the most vulnerable of society. We are not mental. There is nothing wrong with us. We have become wrongfully and illegally targets for media propaganda agencies to United states lawmakers to judges who failed to review the law and who refused to correct the illegal laws that do not look to protect the health, welfare, nor protect the citizens. Rather the laws have been illegally enacted by special interests groups in order to protect the most perverse, sadistic, and serious criminally minded insane who holds the power from Admiral of US Navy to President of USA et al. The truth is that the system stinks and that because we refused to be part of the corruption, perversion, sexual crimes, and because we blew the whistle, we have been allowed to get raped, illegally confined, violated, property stolen by police, teachers, et al. We were not raised to commit crimes against humanity, but rather we were raised to respect all religions, all races, all ethnicity, and never did we commit the crimes that were allowed to be committed to us. We contest. Where is Justice? For Elizabeth Harris and Community Board One to SAFRA synagogue to Israel to use my bank account that has the name Daniella Biton for everyone to illegally

25

with drugs and drug dealers as to the Harrises who sold and grew marijuana as to the Attorney
General as to the now governor of NY who gave all the protections to the marijuana delighters who
intentionally placed a mother and her two children in serious harm's way. From President OBAMA
to Kevin McKirgan United Airlines et al, we contest! As to each and every named Defendant
from airlines to hospitals to insurances to Banks to Israel terrorists from Prime
Ministers to the entire bloody land illegal deals that were done in bad faith
and on the blood of innocent men and women, and children. We contest!
Where are our rights because if we had any not for one second would Chief Judge
Loretta A. Preska to chief Judge of NJ would not think of stating that
we have no merits and our cases are frivolous. Meanwhile, Substitutes have
been illegally given keys to our properties, our shoes, underwear, bras, beds,
vaginas, uteruses, breasts, eyes, ears, nose, throats, stomachs, asses et al
have been illegally trespassed. NO  MORE !
We reserve our rights and never and at no time did we consent to
allow for the collective unions collective agreement to substitute
our human right to say NO MORE ! For a judge to allow
Carla Kathleen Alexander who had given drugs, who had raped sexually
abused Charlene Michelle Biton, together with her associations, for
a Judge after another Judge to give orders of protection against
Danielle, Charlene, and me their protector, when it was supposed to be
us who originally had orders of protections, yet have all been illegally
switched and replaced. I contest this. It is a crime what all of Yous
have done in bad faith. There is no deal nor settlement when the victims
cries out for their rights, and Chief Judge refuses to guarantee
Constitutional rights because the Chief Judge has committed a crime
against the Constitutional rights of the victims who states NO MORE !

26

With drugs and drug dealers as to the Harrises who sold and grew marijuana as to the Attorney General as to the now governor of NY who gave all the protections to the marijuana delighters who intentionally placed a mother and her two children in serious harm's way. From two rapists cousins who are not my family but who are related to my father, Jacob Biton, these two rapists who enjoyed cocaine, drugs, alcohol and who raped my sister, mother and I who they exposed us to dangerous criminals who their associations have ruined our education, our homes, our lives, our work, and when the Chief Judge himself was supposed to rule in truth, instead Chase not to. For yous Chief Judges Lippman, Jordan, Preska, Chesner, et al to have a Judges to order for my sister, Charlene Michelle Bitton/Biton, to say that she is not a party when oh, yes, she is indeed a party and that I did not grow up with my sister only for my sister to get raped, abused, beat up from one perverted church to teachers to police unions to Harvey Weinstein to Drew Niporante to crews of airlines, cruise ships Norwegian Carnival Cunard to communications transportation Port Authority of NY/NJ et al. This is illegal and against the law. What has been allowed to happen here is worse than what goes on elsewhere except ISRAEL & England where justices are perverted and sexual molestation, rape, and abuse as well as drugs & drink binges part of the culture. This was never part of my culture nor my family's culture. This is not what we are. The Government of America stinks and is a liar Government and has been allowed to put us in places we never should have entered. From strip club called Scores where the owner partners stole our social security numbers, our identities, our income, our freedoms, et al due to Judges placing us to work our asses off, as part of slavery agreement. The problem is that we never agreed to this illegal contract. We have had our lives threatened and we have been placed in serious harm's way. I did not sign up for this nor did my family. No

MORE! As we have been violated and victimized, and yet what a marvelous God who is Allah Jehovah and who has watched over us. We are blessed by God. Our blessings that are from Him have been robbed from us by one state to another and from one Governor to another. Our identities have been stolen as well as our rights. While my father worked and was intentionally separated from his family by the US Government who had planned it this way right at the get-go, that never and at no time did we ever take a cruise as a family. We never sat down at the table as a family and the reason why is that both the Israeli & American Governments as well as the British & Canadian et al have been allowed to take our places at the dinner table.

Right from the get-go when I first entered 500 Pearl Street, when I was ordered by the city council to bring my good meritorious cases because it involves not just the crooks from Chambers SoHo but as well from the crooks in Trenton, NJ where one of the biggest sleaziest pig official sits. From one sleeze, Cuomo, to another sleeze, Christy, there was no one in their administration who had acted in good faith. In truth, they all stink because the corruption reached from the very top to the very bottom. The so called "Feeders" from one Police organization to the other, had intentionally, willfully, and knowingly violated our Constitutional rights.

No MORE! Our rights have been seriously violated. What is worse is when the Judges are part of it which makes it impossible for You Chief Judge of NJ to hold the killers the blood thirsty criminals from your own association accountable. You refused to hold Morgan Melhuish Abrutyn et al accountable even when there hands smell like fish and are covered with blood. Where is justice? The bad faith ruling

28

that never did I go to an arbitration at III Center Street. Never did I
sign arbitration. Never did I go to an arbitration, and never was I served
by Sheriff. Never did a Judge hear the case and no way did I settle
nor did I agree. The case is false and fraud. No way did I authorize
for no one to violate our constitutional rights. The bad faith and false
arbitrations that were never entered nor where they agreed to, does not take
the place of trial and jury especially when crimes have been committed.
    The man who is known as Robert Frazier who came running from
Brooklyn to Manhattan where he is given a key to an office in the family court
of NYC. That this Robert Frazier falsified good evidence, together with
Corporation Counsel of New York, together with D.A. of NY, A.G. of NY, A.G. of NJ,
Governors and Mayors & Congress of NJ, FL, NY et al, and never did no one
submit their real identity. Only for a child to be seriously sexually
abused, molested, and for me to be robbed of my rights as the Guardian
of the children as well as the children to be denied a stable, safe, and
clean environment. I had accomplished more than two parents did.
I was full time mother and father, no vacations, no holidays, no time off.
It was 24/7 around the clock. And I worked very, very hard to be a
good mother an excellent provider as well as doing all the cooking, cleaning,
sewing, washing, nursing, solving boo boos and everything else.
    So for the Government to come after me after I did my
duty as a mother, wife, protector, partner, good citizen, clean environment
et al only for the US Government together with the Israeli Government
et al to steal my identity and when I went to Israeli Embassy same time
my daughter was taken by force and by greymail and blackmail to swear
against herself and her mother as well as her father. So when my daughter
was brought from NY/NJ Port Authority to Miami /Ft. Lauderdale Port Authority
by FBI, CIA, NSA, Homeland Security, Delta /American/ UAL /Continental/
Allstate /Prudential /Progressive /Carla Kathleen Alexander/ Congress/Royal

Caribbean Norwegian Cruiselines Cunard, Dweck, Morgan Melhuish Abrutyn DP Rudnick, Mayor Gotheb, HSBC et al and by force she is made to waive her rights and to write bad faith letters that were told to her by Chief Judge Loretta A. Preska, Chief Judge NJ et al, it is against the law, it is unconstitutional, it is illegally stealing the voice of an innocent woman who from her youth has been illegally condemned and shamed by pictures/films that were done by Turnberry Association et al on how to silence the victims. NO MORE! I contest on behalf of the innocent and illegally entraped Charlene Michelle, Bitton/Briton, as well as my mother, as well as my father and I. We all have been set up illegally by FBI, FEMA Katrina of Louisiana NYC, et al. Our identities, our lives, and our benefits have been illegally conspired by agents of the government from both domestic & foreign. We contest! NO MORE! From NY to NJ; Port Authority to USDNY to USDNJ et al has conspired against my family and I. We contest. NO MORE! Never and at no time was Identity of the Real Crystal Briton protected nor the identity of my sister and I. We have been intentionally deprived of our due process by Port Authority NY/NJ, FBI, HHAT et al. Our bank accounts from Bank of America, an account that used to belong to chaelene Michelle my sister has been illegally stolen by Port Authority Miami, NY, NJ, Chicago, LAX, Baton Rouge, Houston et al as well as my bank account and my mother's bank account (separate) from HSBC, Old Republic, First Republic et al. We contest. NO MORE! The Ground floor of R. Grass Dairy Kosher Restaurant to shares of Best Buy, electronics, et al were illegally hijacked and stolen by Kevin Mc Kirgan, VAL, Carla Kathleen Alexander et al who I never had a contract with nor did I know

of the huge security that was breached in bad faith. I contest. NO MORE!
That I just found out now on December 30, 2012 that there was a
case filed by FBI et al against Mr. Dweck et al. Never and at no time
did FBI et al act in good faith. Instead, all my cases were intentionally
deprived of their good merits, due process and evidence were illegally
stolen by Chief Judges Jordan, Preska, Amon, Lippman, Cheney et al.
I contest. We contest. NO MORE! I demand for all of my cases
to be placed back on the calendar with trial by jury. What has
been allowed in this court and all courts is unconstitutional. We contest!
NO MORE! For the FBI, CIA et al to assist Bruce Reznick on how to
rush and how to change, from one illegal cheeseburger fraud mortgage/insurances
et al. As changing from R. Grass Dairy to Mr. Broadway as well from
United Airlines to United Global Network Continental, Cadillac
Mary, Jo Cafeteria to Mary Jo White FBI serious crimes committed
and set up in bad faith against innocents. NO MORE. From Baxter
Healthcare of switching identities from one FBI of NY, NJ, PA et al is
seriously being contested.
     What was written to Judge Montali on 6 January 2013
after finding out in bad faith what Brobeck, Harrison, McCool et al
had illegally hidden from me for years as well as US government
is seriously being contested. I never sold my life rights nor did
I sell my children's rights nor did I settle nor did I compromise.
I demand a trial by jury and on behalf of my family and I,
we contest. It is illegal what the Government, FBI, VAL, Morgan
Melhuish, Abrutyn, Dweck, CIA, Continental Management, Dr. Kutter,
Dr. Finegold et al lied. We are not guilty, and we did not settle. It is being

30

contested because that is not what the Bill of Rights was created for.  The Bill of Rights has

been created for the protection of the citizen against a police state and against unreasonable

searches.  I did not sell drugs.  I did not sell my children.  I did not sell my identity.  I have

been illegally sold as well as my children by the Government and we contest this huge gross

error that has been done in bad faith and on innocents' blood, tears, and sweat who believed

in the Constitution only to be illegally called delusional by a Chief Judge who has ruled in

violation of the Constitution.  RING THE BELL!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

The most unjust cause of action the FBI et al has committed in bad faith against my two children and I was greymail on 19 October 2005. No one lifted a finger to assist a mother and two children. We had been Intentionally sent to a property where our health, life, and safety has been seriously been allowed in harm's way. There are numerous health code environmental health code violations. I contest and challenge numerous violations that have not been cured but has only been illegally covered up.

dated: 8 January 2012
Newark, New Jersey

x  Marcelle Biton  Danielle Biton  Charlene Biton
Marcelle Biton
aka Saphyre Rodford
aka Crystal Biton

31