Dear Clerk,                                                        27 July 2013 NJ

The cases that I am referencing to are as follows: 2-11-cy-05100 82-11-cv-05130

NY

1) Biton, crystal vs Joe Turco et al *index number 115485/06*  NY

2) Dr. Beraka vs Biton et al index number ask Chief Judge Preska since she fancied
George M.D.          herself to this case in order to illegally quash human rights

3) Redford et al vs Chicago Title Insurance et al index numbers : 10-cv-00434 (CBA)(LB)

4) Charlene Michelle Biton et al vs HSBC et al index number: 09 cv 8602 8604 8605
                                                                              8607

5) Biton vs Meer et al 12-cv-05293 (CBA)(LB)

6) Biton vs NYCTA/MTA et al 12-cv-02686 (CBA)(LB)

7) Biton et al vs Hillary Rodham Clinton et al 11-cv-6160 (LAP)

8) Tribeca Film festival Networks et al 07-cv-690 (CBA)

9) Biton vs Grier et al 09-cv-05375 (CBA)(VVP)

10) Biton vs Prime Minister of Israel et al 12-cv-05234 (CBA)(LB)

11) Biton et al vs Washington Dulles Airport Authority et al 12-cv-05331 (CBA)(LB)

12) Biton et al vs Simon Chtrid et al 12-cv-05359 (CBA)(LB)

13) Biton et al vs Aventura et al 12-cv-05426 (CBA)(LB)

14) Redford et al vs NY State et al 09-cv-2831

15) USA vs Biton Chief Judge Preska et al illegally sabotaged my rights and my family's
rights to a fair trial with jury. !
Dated :        NO MORE! WE CONTEST! Not guilty innocent.
Newark, New Jersey.

29 July 2013                                        Respectfully,
sent to: US Attorney                               daniel bitton
         970 Broad Street                          c/o Crystal biton
         Newark, NJ 07102                          PoB 362
                                                   N, NY 10013
To: US Solicitor General                           (347) 392-8622        RECEIVED
    950 Pennsylvania Ave.
    NW                                                                   JUL 29 2013
    Washington, DC
                                                   AT 8:30
                                                   WILLIAM T. WALSH, CLERK

UNITED STATES COURT OF APPEALS

FOR THE
SECOND CIRCUIT

*needs to be arrested as well as Pheet Bahara et al* / *contest*
/ *daniel bittor*

(Child rapists who traveled to NJ casinos to rape children, we do not approve)

13-2176

As copied from original

Pinhas Zackery, plaintiff-Appellee,

-vs-

Briton, Crystal, Defendants Appellants.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of NY, on the 17th day of July 2013.

Appellant pro se moves for leave to proceed in forma pauperis, vacatur, and rehearing. However this court has determined sua sponte that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. See Fed. R. App. P. 4 (a)(1); Bowler vs. Russell, 55 U.S. 205, 214 (2007). It is further ordered that Appellant's motion are DENIED as moot.

FOR THE Court
Sealed by Catherine O'Hagan Wolf, Clerk

How can chief Judge Prerka claim she is a protector of women's children's rights when she allowed rapists murderers Israeli Terrorists to get away with serious crimes in her courtroom? SHAME ON HER SHE LIED and accepts bribes monies. / contest!



**120 LIBERTY STREET**
**NEW YORK, NY 10006**
**SOUTH SIDE OF WTC**



Walk through the galleries which reveal personal stories and authentic experiences of members of the 9/11 community who recount the events of February 26, 1993 and September 11, 2001. Five galleries convey the tragedy and passionate response of people from around the world.

He rescued.

WORLD TRADE CENTER: COMMUNITY
PASSAGE THROUGH TIME: 9/11
AFTERMATH: RESCUE AND RECOVERY
MEMORIAL TRIBUTE
FUTURE WORLD TRADE CENTER COMPLEX

Tours provide a history of the World Trade Center, the attacks and rebuilding. Tours are guided by family members who lost loved ones, survivors, residents, and rescue workers who share their personal experiences.

She witnessed.

The 9/11 Tribute Center is ADA compliant.

A special thank you to Hammermill Paper for its generous support of the 9/11 Tribute Center.

9/11 Tribute Center is a project of the September 11th Families' Association, a 501(c)3 non-profit organization. All revenue and donations benefit the operation of the 9/11 Tribute Center and educational programming. Passes to the 9/11 Memorial are free.





# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Briton et al,
_____

Plaintiff ~~Appellants~~

: **CERTIFICATE OF SERVICE**

v.

Abrutyn et al
_____

: ~~Civil~~ Criminal Action No. _2-11-cv-05106_
_____
_2-11-cv-05130_

_____,

Defendants- Respondents
_____

I, _daniel britton stink_ , certify that I am the Plaintiff herein
(print your name)

and that I served a copy of my Application for Pro Bono Counsel by handing a true and

correct copy of the Application to _Receptionist_ on _29 July 2013_
(name of prison official)                          (date)

for mailing to each Defendant, or to the Defendant's attorney if the Defendant is

represented in this action by an attorney, at the following address(es):

_Attorney for NJ DISTRICTS_
(name of First Defendant or Defendant's attorney)

_970 Broad Street_
(address line 1)

_Newark, NJ 07102_ ; and
(address line 2)

_Solicitor General_
(name of Second Defendant or Defendant's attorney)

_950 Pennsylvania Ave, NW_
(address line 1)

_Washington, DC_ ; and

DNJ-ProSe-005-02-(9/00)

(address line 2)

_____
(name of Third Defendant or Defendant's attorney)

_____
(address line 1)

_____; and
(address line 2)

_____
(name of Fourth Defendant or Defendant's attorney)

_____
(address line 1)

_____; and
(address line 2)

_____
(name of Fifth Defendant or Defendant's attorney)

_____
(address line 1)

_____.
(address line 2)

(If there are more than five Defendants, attach additional sheets showing the names and addresses at which those Defendants or their attorneys were served.)

I certify under penalty of perjury that the foregoing is true and correct.

DATED: _29 July 2013_

(date you sign)

Newark, NJ

_____
(your signature)

2